Submitted on remand from the Oregon Supreme Court January 22, reversed and remanded February 27, 2002

STATE OF OREGON,
*Appellant,*

*v.*

JEFFREY J. JAEHNIG,
*Respondent.*

97NB0467; A99180

41 P3d 454

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, for appellant.

Sally L. Avera, Public Defender, Robin A. Jones, Deputy Public Defender, for respondent.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Armstrong, Judge.

PER CURIAM

Reversed and remanded. *State v. Moylett,* 313 Or 540, 836 P2d 1329 (1992); *State v. Fugate,* 332 Or 195, 26 P3d 802 (2001).

---

* Deits, C. J., *vice* Warren, P. J., retired.